THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARRY TEMEN, Defendant-Appellant.

(No. 60521;

First District (2nd Division)—June 3, 1975.

584

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marilyn D. Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.

The People of the State of Illinois, Respondent-Appellee, v. Harold Bean, Petitioner-Appellant.

(No. 60551;

First District (2nd Division)—June 3, 1975.

PER CURIAM.